STATE OF NEW JERSEY v. CLIFFORD & ALYSON WILLIAMS.

November 7, 1984.

ORDERED that the motion for leave to appeal is granted, and the matter is summarily remanded to the Appellate Division for its consideration on the merits. Movants' application for a stay is denied.

TROOPER JOHN JACOBS v. GLENN J. TURNER AND COUNTY OF CAMDEN.

November 12, 1984.

Petition for certification denied.

NATIONAL COMMUNITY BANK OF NEW JERSEY v. JO–AN SHOE MANUFACTURING CO., INC.

November 12, 1984.

Petition for certification denied.

COUNTY OF ATLANTIC v. JERSEY NURSES ECONOMIC SECURITY ORGANIZATION, NEW JERSEY STATE NURSES ASSOCIATION.

November 12, 1984.

Petition for certification denied.